IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| GERRY MCLEAN, MARY MAROUS, JOYCE WOJTON, BEVERLY EVANS, JENNIFER POLLOCK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>Plaintiffs,<br><br>vs.<br><br>BIG LOTS INC., DOLLAR GENERAL CORPORATION, JO-ANN STORES, LLC, THE HOME DEPOT, INC., WALMART INC.,<br><br>Defendants, | 2:20-CV-02000-MJH |

ORDER

Upon consideration of Plaintiff's Amended Complaint (ECF No. 67), Defendants' Motion to Dismiss (ECF No. 72), the respective briefs of the parties (ECF Nos. 76-77), the arguments of counsel, and for the reasons stated in this Court's Opinion (ECF No. 80), Defendants' Motion to Dismiss is granted. As questions of law on the applicability of the UTPCPL to the facts as alleged predominate this Court's review of Plaintiffs' Amended Complaint, any amendment is deemed futile. Plaintiffs' Amended Complaint is dismissed. This case will be marked as closed.

BY THE COURT:

Dated: June 7, 2021

Marilyn J. Horan
United States District Judge